IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex rel.,
and FLFMC, LLC,

        Plaintiffs,

v.

OHIO ART COMPANY,

        Defendant.

Case No. 2:10-cv-00230-LPL

Magistrate Judge Lisa Pupo Lenihan

## STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

Plaintiffs United States of America, ex rel., and FLFMC, LLC and Defendant The Ohio Art Company hereby stipulate to extend the time period in which Defendant The Ohio Art Company has to respond to the Complaint to on or before April 14, 2010.

On Behalf of Plaintiffs:

MEYER, UNKOVIC & SCOTT, LLP

By: /s/ David G. Oberdick
    David G. Oberdick, Esq.
    Pa. I.D. No. 47648
    Email: dgo@muslaw.com

    Tony J. Thompson, Esq.
    Pa. I.D. No. 204609
    Email: tjt@muslaw.com

    Meyer, Unkovic & Scott, LLP
    1300 Oliver Building
    Pittsburgh, PA 15222
    412-456-2800

On Behalf of Defendant:

THORP REED & ARMSTRONG, LLP

By: /s/ Kimberly A. Brown
    Kimberly A. Brown, Esq.
    Pa. I.D. No. 56200
    Email: kbrown@thorpreed.com

    Thorp Reed & Armstrong, LLP
    One Oxford Centre, 14th Floor
    301 Grant Street
    Pittsburgh, PA 15219
    412-394-2323

{01096954}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**, was served electronically via the Court's CM/ECF System, this 15th day of March, 2010, upon the following:

David G. Oberdick, Esq.
Tony J. Thompson, Esq.
MEYER, UNKOVIC & SCOTT, LLP
1300 Oliver Bldg.
Pittsburgh, PA  15222

/s/ Kimberly A. Brown

{01096954}